IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| U.S. Equal Employment Opportunity Commission, | ) ) | Civil Action No.: 9:18-cv-00912-DCN-JDA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| American Pride Waste Solutions, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Dispositive motions were due by March 5, 2019.  [Doc. 24.]  To date, no dispositive

motions have been filed.

Now, therefore,

IT IS ORDERED that the parties must file any dispositive motions within ten (10)

days of the filing date of this Order.  If no dispositive motions are filed within the 10-day

period, the Court will infer that the parties wish to proceed to trial.

IT IS SO ORDERED.

s/Jacquelyn D. Austin
United States Magistrate Judge

March 6, 2019
Greenville, South Carolina